UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROYAL CORRALEJO, on behalf of himself individually and on behalf of all others similarly situated<br><br>v.<br><br>BAYMARK HEALTH SERVICES, INC. | §<br>§<br>§<br>§<br>§   CIVIL NO. 4:25-CV-180-SDJ<br>§<br>§<br>§ |

## **TRANSFER ORDER**

It is hereby **ORDERED** that this civil action is transferred to the Honorable Chief District Judge Amos L. Mazzant, effective immediately.

**So ORDERED and SIGNED this 4th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE